# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| SCOTT NESTOR, individually and as Administrator for the Deceased on behalf of Katlynn Nestor and Hudson Nestor, | : : : : | Case No. 3:17-cv-93 Judge Thomas M. Rose |
| Plaintiff, | : : | |
| - vs - | : : | |
| EVERLAST ROOFING, INC., and JAMES DUNKEL, | : : : | |
| Defendants. | : : | |

## ENTRY AND ORDER SETTING BRIEFING SCHEDULE ON MOTIONS IN LIMINE

This case is set for trial on October 9, 2018. At the Final Pretrial Conference, which will be scheduled shortly, the Court will hear argument on all Motions in Limine filed by the parties. To that end, the parties are hereby **ORDERED** to file all Motions in Limine by no later than August 17, 2018. Response to all Motions in Limine must be filed by no later than August 24, 2018.

**DONE** and **ORDERED** in Dayton, Ohio, this Wednesday, August 8, 2018.

s/Thomas M. Rose
_____
THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE