## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION, DAYTON

SCOTT NESTOR, Individually and as
Administrator for Hudson Nestor,
Deceased, et al.     :

         :

         :  Case No. 3:17-cv-0093

    Plaintiff   :

         :  Judge Rose

Vs.        :

         :

EVERLAST ROOFING, INC., et. al., :

         :

    Defendants  :

## <u>JUDGMENT ENTRY</u>

   This case came for trial before a jury commencing October 9, 2018. The jury answered Interrogatories as follows:

- For Liability Interrogatory #1A, "Were the Defendants, Everlast Roofing, Inc. and/or James Dunkel negligent" the jury answered "YES."

- For Liability Interrogatory #1B, "Was the Defendants' negligence a proximate cause or contributing cause of the collision" the jury answered "NO."

Where the responses to the above were given, the jury signed and returned a general verdict in favor of Defendants James Dunkel and Everlast Roofing, Inc. Based on the above, the Court enters final judgment in favor of Defendants James Dunkel and Everlast Roofing, Inc.

   Costs to be paid by Plaintiffs.

   November 7, 2018      *s/Thomas M. Rose

              _____

              **Judge Thomas M. Rose**